IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL I. SANTUCCI, P.A. d/b/a "LIFELONG Legal Center," a Florida professional association,<br><br>Plaintiff,<br><br>v.<br><br>LIFELOCK, INC., a Delaware corporation,<br><br>Defendant. | Case No. 12-CV-60304 (Scola/Snow) |
| LIFELOCK, INC., a Delaware corporation,<br><br>Counter-Claimant,<br><br>v.<br><br>MICHAEL I. SANTUCCI, P.A. d/b/a "LIFELONG Legal Center," a Florida professional association,<br><br>Counter-Defendant. | |
| LIFELOCK, INC., a Delaware corporation,<br><br>Claimant,<br><br>v.<br><br>MICHAEL I. SANTUCCI, an individual,<br><br>Third-Party Defendant. | |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, PURSUANT to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the undersigned attorneys of record for all parties, that the within action, including all claims and counterclaims herein, be and are hereby dismissed, with prejudice and without costs or fees to any party.

Dated:  November 19, 2012

Diana Torres, *admitted pro hac vice*
diana.torres@kirkland.com
Allison Buchner, *admitted pro hac vice*
allison.buchner@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA  90071
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

Respectfully submitted,

/s/ Jacqueline Becerra
Jacqueline Becerra
Florida State Bar No. 25135
becerraj@gtlaw.com
GREENBERG TRAURIG, LLP
333 SE 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone:     (305) 579-0500
Facsimile:     (305) 579-0717

*Attorneys for Defendant and Counterclaim Plaintiff LifeLock, Inc.*


/s/ Michael I. Santucci (with permission)
Michael I. Santucci, Esq.
Florida State Bar No. 0105260
mis@spl-law.com
SANTUCCI PRIORE, P.L.
200 South Andrews Avenue, Suite 100
Fort Lauderdale, FL 33301
Telephone:     (954) 351-7474
Facsimile:     (954) 351-7475

*Attorneys for Plaintiff and Counterclaim Defendant Santucci, P.A. and Counterclaim Defendant Michael I. Santucci*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/EFC or in some other manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/ Jacqueline Becerra
      JACQUELINE BECERRA

## SERVICE LIST

Michael I. Santucci, P.A., et al., v. Lifelock, Inc.
CASE NO. 12-60304-CIV- Scola/Snow
(Fort Lauderdale Division)

Michael Ingrassi Santucci
Email: mis@500law.com
SANTUCCI PRIORE, P.L.
200 S Andrews Avenue, Suite 100
Fort Lauderdale, FL 33301
Telephone: (954) 351-7474
Facsimile: (954) 351-7475

*Attorneys for Plaintiff*