UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60304-Civ-SCOLA

MICHAEL I. SANTUCCI, P.A.,

    Plaintiff,

vs.

LIFELOCK, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Joint Stip. Dismissal, ECF No. 54).  The Clerk shall **CLOSE** this case.  All pending motions are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, on November 26, 2012.

                              _____
                              ROBERT N. SCOLA, JR.
                              **UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*